IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-20-1M-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK COX, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's pro se motion to terminate counsel and for appointment of counsel pursuant to 18 U.S.C. § 3006A. The court ORDERS counsel for Defendant to file a response to Defendant's motion no later than November 20, 2024.

This 14th day of November 2024.

KIMBERLY A. SWANK
United States Magistrate Judge