IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00020-M-KS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK COX,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion to Review Current Detention Order. [DE 60]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented by Mr. Alton R. Williams, so the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 6th day of December, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE